IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Matthew D. Kohus, | : | |
| Plaintiff | : | Civil Action 2:13-cv-0242 |
| v. | : | Judge Smith |
| Ohio Department of Public Safety, Division of Ohio State Highway Patrol, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants | : | |

## ORDER

Plaintiff has failed to file proof of service of the summons and complaint on defendants within 120 days after filing the complaint.  Plaintiff has failed to respond to the Court's August 19, 2013 Order to show cause why defendants should not be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civil. P. for failure to obtain service on them.

Accordingly, the Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing this lawsuit, without prejudice, under Rule 4(m), Fed. R. Civil. P. for failure to obtain service on defendants.

s/George C. Smith
United States District Judge